UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
PHYLLIS POSNER,
               Plaintiff,

v.

ATRIA SENIOR LIVING; ATRIA
SENIOR LIVING GROUP, INC.;
WOODLANDS AT ARDSLEY aka
Atria Woodlands,
               Defendants.
------------------------------------------------------x



**ORDER OF DISMISSAL**

19 CV 9405 (VB)

    The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than April 2, 2020. To be clear, any application to restore the action must be filed by April 2, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

    All pending deadlines and scheduled conferences are adjourned without date.

    The Clerk is instructed to close this case.

Dated: March 3, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge